UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HANCOCK WHITNEY BANK,** | * | **CASE NO. 20-00099** |
| **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | **SEC. _____, DIV. _____** |
| | * | |
| **WENDELL R. BOYD, JR.** | * | **JUDGE** |
| **AND** | * | |
| **WENDELL R. BOYD, III,** | * | **MAGISTRATE JUDGE** |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW INTO COURT, through undersigned counsel comes HANCOCK WHITNEY BANK, and respectfully represents the following:

### JURISDICTION AND VENUE

1.

Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1332. The parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2.

Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391, because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district, and because one of the defendants resides in this judicial district.

## PARTIES

3.

Hancock Whitney Bank ("HWB") is a Mississippi state chartered Bank, successor-in-interest to First NBC Bank ("First NBC") and Whitney Bank ("Whitney"), maintaining its domicile in Louisiana in the Parish of Orleans.

4.

Wendell R. Boyd, Jr. is a person of full age of majority and resident and domiciliary of Gregg County, State of Texas.

5.

Wendell R. Boyd, III is a person of full age of majority and resident and domiciliary of Orleans Parish, State of Louisiana.

## FACTS

6.

The indebtedness, which is in default and due and owing, is evidenced by that certain Promissory Note, as modified, dated February 10, 2014, in the original principal amount of Three Hundred Fifty Thousand and No/100 ($350,000.00) Dollars, executed by Wendell R. Boyd, Jr. and Wendell R. Boyd, III, as makers, in favor of First NBC Bank, due and payable with interest, and modified pursuant to the terms of those certain Change in Terms Agreements dated March 23, 2015, June 10, 2015, July 26, 2016, and that certain Allonge dated May 23, 2017 (hereafter collectively referred to as the "Note"), copies of which are attached collectively as ***Exhibit A***.

7.

As of January 7, 2020, the indebtedness totals $461,927.52, with principal in the amount of $400,000.00, plus accrued interest in the amount of $61,141.67, plus late fees in the amount of $785.85, with interest accruing at a per diem of $63.89, commencing January 8, 2020, plus attorneys' fees and costs, plus all costs of this proceeding until paid in full, all as more fully set forth in the Note.

8.

The Note matured and became fully due and payable on October 25, 2017, and the outstanding indebtedness referenced above in Paragraph 7 has not been fully paid by Wendell R. Boyd, Jr. and Wendell R. Boyd, III (hereafter collectively referred to as "the Defendants"). Demand for payment in full of the Note was made upon Defendants by letter, a copy of which is attached as ***Exhibit B***. Despite this amicable demand, Defendants have failed to fully pay the Note. Therefore, the Note and the indebtedness represented thereby are and remain in default.

9.

All makers, *in solido* endorsers, and guarantors, including Defendants, have failed to pay the sums presently due and owing under the terms of the Note and have otherwise defaulted in the performance of their obligations to HWB.

10.

As security for, *inter alia*, the Note, Defendants executed that certain Multiple Indebtedness Mortgage ("Mortgage") on February 10, 2014, in favor of First NBC Bank, its successors and assigns, which is recorded in the mortgage records of Orleans Parish at MIN 1151467, Notarial Archives No. 2014-05776.  A copy of the Mortgage is attached as ***Exhibit C*** . In the act of Mortgage, Defendants, in order to secure the payment of any indebtedness of

3

Defendants to First NBC Bank, its successors or assigns, including, but not limited to the Note, specifically and specially mortgaged in favor of First NBC Bank, its successors and assigns, the following described immovable property ("Property") located in Orleans Parish:

THAT CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the SEVENTH DISTRICT, of the CITY OF NEW ORLEANS, in SQUARE NO. 60, bounded by LOWERLINE STREET, PEARL STREET, MILLAUDON STREET and ST. CHARLES AVENUE, designated as "LOT A", and said LOT "A" forms the corner of Lowerline Street and Pearl Street and measures thence 48.8.3 feet front on Lowerline Street, with a width across the rear of 48.2.0 feet, by a depth and front on Pearl Street of 119.1.3 feet, by a depth of 111.10.5 feet on the opposite sideline.

All in accordance with the survey of Mandle Surveying, Inc., dated November 29, 1982, a print of which is annexed to act before Charles F. Barbera, N.P., dated November 30, 1982, for reference.

The improvements thereon bear the Municipal Nos. 542-44 Lowerline Street, Orleans Parish, Louisiana 70118.

Being the same property acquired by Wendell R. Boyd, Jr. and Wendell R. Boyd, III by act dated July 19, 2012 and registered in CIN 515840 in the conveyance records of Orleans Parish, Louisiana.

11.

HWB avers that its Mortgage and security interest in the above-described Property should be recognized, maintained, and enforced in accordance with law.

12.

The indebtedness described hereinabove is or may also be secured by security and/or collateral documents executed by, *inter alia*, Defendants or others in favor of Whitney, First NBC Bank, or HWB. Therefore, HWB specifically reserves all of its rights against: (i) Defendants for any indebtedness not being sued upon herein and all makers, co-makers, endorsers, guarantors, and solidary obligors of the indebtedness not being sued upon herein and against any persons,

4

firms or corporations who may be liable in whole or in part for the indebtedness, and (ii) all makers, co-makers, endorsers, guarantors and solidary obligors of the indebtedness being sued upon herein and against any person, firms or corporations who may be liable in whole or in part for the indebtedness.

13.

HWB further specifically reserves its rights: (i) to foreclose upon and otherwise enforce its rights in any and all other collateral securing all or part of the indebtedness being sued upon herein, and (ii) to foreclose upon and otherwise enforce its rights in any or all other collateral securing all or part of the indebtedness not being sued upon herein.

WHEREFORE, Hancock Whitney Bank, respectfully requests that this Court enter Judgment in its favor and against defendants, Wendell R. Boyd, Jr. and Wendell R. Boyd, III, as follows:

1. Judgment in favor of plaintiff, Hancock Whitney Bank, and against defendants, Wendell R. Boyd, Jr. and Wendell R. Boyd, III, *in solido*, condemning defendants, Wendell R. Boyd, Jr. and Wendell R. Boyd, III, *in solido*, to pay unto plaintiff, Hancock Whitney Bank, the principal sum of $400,000.00, plus accrued interest thereon through January 7, 2020, in the amount of $61,141.67, plus late fees in the amount of $785.85, with interest continuing to accrue at a per diem of $63.89 commencing January 8, 2020, plus attorneys' fees and costs, plus all costs of this proceeding until paid in full, as well as all other and further relief which this Court deems just;

2. Judgment in favor of plaintiff, Hancock Whitney Bank, reserving unto plaintiff, Hancock Whitney Bank, all of its rights against: (i) defendants, Wendell R. Boyd, Jr. and Wendell R. Boyd, III, for any indebtedness not being sued upon herein and all makers, co-makers,

endorsers, guarantors, and solidary obligors of the indebtedness not being sued upon herein and against any persons, firms or corporations who may be liable in whole or in part for the indebtedness, and (ii) all makers, co-makers, endorsers, guarantors and solidary obligors of the indebtedness being sued upon herein and against any person, firms or corporations who may be liable in whole or in part for the indebtedness; and

3.  Judgment in favor of plaintiff, Hancock Whitney Bank, reserving unto plaintiff, Hancock Whitney Bank, all of its rights: (i) to foreclose upon and otherwise enforce its rights in any and all other collateral securing all or part of the indebtedness being sued upon herein, and (ii) to foreclose upon and otherwise enforce its rights in any or all other collateral securing all or part of the indebtedness not being sued upon herein.

Dated: January 10, 2020

                              Respectfully submitted,

                              William T. Finn (LA # 1359)
                              Leann Opotowsky Moses (LA #19439)
                              CARVER, DARDEN, KORETZKY, TESSIER,
                              FINN, BLOSSMAN & AREAUX, L.L.C.
                              1100 Poydras Street, Suite 3100
                              New Orleans, Louisiana  70163
                              Telephone: (504) 585-3800
                              Telecopier: (504) 585-3801
                              moses@carverdarden.com

                              /s/ Leann O. Moses
                              Attorneys for HANCOCK WHITNEY BANK